LINH T. HUA  (SBN: 247419)
lhua@grsm.com
JENAY N. YOUNGER: (SBN: 327627)
jyounger@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendants
SUPERIOR POOL PRODUCTS LLC and
SCP DISTRIBUTORS LLC dba POOL CORP.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MACIAS,<br><br>            Plaintiff,<br><br>     v.<br><br>SUPERIOR POOL PRODUCTS, LLC; SCP DISTRIBUTORS, LLC DBA POOL CORP.; and DOES 1 to 20, inclusive,<br><br>            Defendants. | CASE NO. 22-cv-00722-AJB-WVG<br><br>*Judge: Hon. Anthony J. Battaglia*<br>*Magistrate: Hon. William V. Gallo*<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint filed: April 14, 2022<br><br>Removed from Superior Court of [San Diego County, California, Case No. 37-2022-00014082] |

-1-
JOINT STIPULATION FOR DISMISSAL

Pursuant to the parties' executed settlement agreement and FRCP Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this matter with prejudice in its entirety.

Dated: July 6, 2023        GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Linh T. Hua*
       Linh T. Hua
       Jenay N. Younger
       Attorneys for Defendants
       SUPERIOR POOL PRODUCTS LLC
       and SCP DISTRIBUTORS LLC DBA
       POOL CORP.

Dated: July 6, 2023        PACIFIC ATTORNEY GROUP

By:  */s/ Brian Angelini*
       Brian Angelini
       Attorneys for Plaintiff
       STACY MACIAS